UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION
_____

| | |
|---|---|
| HERBERT KIRK, JR. | CIVIL ACTION NO. 06-0817 |
| | SECTION "P" |
| -vs- | JUDGE DRELL |
| TERRY TERRELL, WARDEN | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's second and successive Application for Writ of *Habeas Corpus* be DISMISSED in accordance with 28 U.S.C. § 2244(b)(3), since this Court is without jurisdiction to consider his claims.

SIGNED on this 26th day of July, 2006, at Alexandria, Louisiana.

_____
Dee D. Drell
United States District Judge